No. 74–5968. GEDERS v. UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition which reads as follows: "Did the Court's order prohibiting defendant Geders and his attorney from conferring with each other during a sixteen-hour period at a crucial stage of the trial deprive defendant Geders of his Sixth Amendment right to assistance of counsel?"

No. 74–255. MURPHY v. MURPHY. Sup. Ct. Ga. Certiorari denied.

No. 74–587. BOWEN, GOVERNOR OF INDIANA, ET AL. v. UNITED STATES ET AL.;

No. 74–588. SCHOOL TOWN OF SPEEDWAY, INDIANA, ET AL. v. UNITED STATES ET AL.; and

No. 74–605. BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–806. KEEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–873. PHILLIPS ET AL. v. GRAF ELECTRIC, INC. Sup. Ct. Kan. Certiorari denied.

No. 74–876. DRAGANESCU ET AL. v. FIRST NATIONAL BANK OF HOLLYWOOD ET AL. C. A. 5th Cir. Certiorari denied.